12940/DFG:jca

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DORIS HODO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO: 2019 CV 1561 |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, | ) | |
| OFFICER M. MENDEZ Star No. 16004, OFFICER | ) | The Honorable John Z. Lee |
| C. De La TORRE Star No. 5284, SERGEANT | ) | |
| KARCZEWESKI Star No. 1155 and UNKNOWN | ) | |
| CHICAGO POLICE OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S FIRST AMENDED COMPLAINT

BEFORE ME, this date personally appeared the undersigned, who, after being first duly sworn hereby state as follows:

1. My name is Doris Hodo. I am 87 years of age, and of sound body and mind. I have personal knowledge of the facts and matters below.

2. I am not hard of hearing.

3. I have lived alone at 3121 W. Flournoy St, unit 2, Chicago, Cook County, Illinois for approximately 45 years.

4. I was home, in my kitchen at approximately 8:00PM on January 11, 2018.

5. I heard three loud bangs at my door, and I immediately walked out of the kitchen towards the door.

6. As soon as I left the kitchen and entered my living room, I encountered several police officers in my unit.

7. One officer had his hand on his gun when he confronted me.

8. I was very frightened and distraught.

9. The police did not knock or announce they were police before entering my apartment.

10. One officer told me that he was sorry and that they were in the wrong.

11. Sargent Karczeweski offered to fix my door and wrote his name and phone number on the warrant they left me.

12. The officers walked through my unit quickly but did not conduct a search.

13. The officers also acknowledged that they broke the ATT&T phone cable that was hung above my door.

14. The officers helped sweep up the broken wood and debris from when they broke my door.

15. I have no knowledge of the downstairs tenant, Mr. Hill's activities.

16. I did not invite Mr. Hill into my unit at any time.

17. I have no knowledge of any alleged drug sales or use by Mr. Hill.

18. I have never allowed Mr. Hill to use or sell drugs in my unit.

19. I Have never used or sold drugs personally or from my apartment.

FURTHER AFFIANT SAYETH NAUGHT       _/s/ Doris Hobbs_

SWORN TO AND SUBSCRIBED before me this 10th day of June, 2019.

NOTARY PUBLIC

My commission expires: July 9, 2022



CORINNE N STUBER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 09, 2022

Personally known___ or produced identification X

2