## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DORIS HODO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2019 CV 1561 |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, | ) | District Judge John Z. Lee |
| OFFICER M. MENDEZ Star No. 16044, | ) | |
| OFFICER C. De La TORRE Star No. 5284, | ) | Magistrate Judge Mary R. Rowland |
| SERGEANT KARCZEWESKI Star No. 1055 | ) | |
| and UNKNOWN CHICAGO POLICE | ) | |
| OFFICERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

**TO:**  Jonathan Clark Green                                  Jessica L. Griff
Chicago Corporation Counsel                           City of Chicago Department of Law
Suite 900                                                              30 N. LaSalle St., Suite 900
30 North LaSalle St.                                              Chicago, IL 60602
Chicago, IL 60602                                                 jessica.griff@cityofchicago.org
jonathangreen@cityofchicago.org

    PLEASE TAKE NOTICE that on the 18th day of June 2019, I electronically filed with the United States District Court Northern District of Illinois, the Plaintiff's First Amended Complaint, a copy of which is attached hereto and served upon you.

    I, undersigned counsel, hereby certify that I have served this notice and the attached document upon all counsel of record via the ECF system on this 18th day of June 2019.

                                                      /s/Daniel F. Gallagher
                                                      Daniel G. Gallagher
                                                      Counsel for Plaintiff

**THE VRDOLYAK LAW GROUP, LLC.**
By: Daniel F. Gallagher
Atty. No. 905305
100 N. Riverside Plaza – Suite 2400
Chicago, IL 60606
(312) 482-8200
dangallagher@vrdolyak.com